UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CARLOS GARCIA,

        Plaintiff,

      v.

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT,

        Defendant.

ORDER

04-CV-949S

---

      Plaintiff has filed a Motion for Appointment of Counsel. (Docket No. 23.) Under the standards promulgated in Hendricks v. Coughlin, 114 F.3d 390, 392 (2d Cir. 1997) and Hodge v. Police Officers, 802 F.2d 58, 60-62 (2d Cir. 1986), this Court will deny Plaintiff's Motion for Appointment of Counsel without prejudice at this time.

      IT HEREBY IS ORDERED, that Plaintiff's Motion to Appoint Counsel (Docket No. 23) is DENIED without prejudice.

      SO ORDERED.

Dated: June 1, 2007
       Buffalo, New York

                                        /s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                        United States District Judge