```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
CARLOS GARCIA

                        Plaintiff,            04-CV-0949

              v.
                                          SCHEDULING ORDER
USICE (Dept. Of Homeland Security)

                        Defendant.
_____
```

Having held a conference with the attorneys for the parties on January 5, 2012 and pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16(b)(4), it is now hereby

ORDERED that:

1. Pursuant to the requirements found in Rule 26 of the Federal Rules of Civil Procedure, discovery shall be completed on or before **May 15, 2012.**

2. The Defendant shall be permitted to depose the following individuals: Petitioner and Petitioner's mother, father and siblings.

3. The Defendant shall be obligated to pay for the reasonable cost of discovery, including the cost of deposing those individuals listed above and the reasonable travel expenses of Petitioner's attorney to attend such depositions.

4. Dispositive motions, if any, shall be filed no later than **June 15, 2012.** Should a hearing be required following the determination of any dispositive motion, the Court shall establish

the date therefore after consultation with the attorneys for the parties.

**ALL OF THE ABOVE IS SO ORDERED.**

s/ Michael A. Telesca
MICHAEL A. TELESCA
United States District Judge

Dated:   Rochester, New York
         January 5, 2012