UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CARLOS GARCIA

                          Plaintiff,              04-CV-0949

                    v.
                                            **SCHEDULING ORDER**

USICE (Dept. Of Homeland Security)

                          Defendant.

_____

        Having held a conference with the attorneys for the parties on

January 5, 2012 and pursuant to Rule 16 of the Federal Rules of

Civil Procedure and Local Rule 16(b)(4), it is now hereby

        ORDERED that:

        1. Pursuant to the requirements found in Rule 26 of the

Federal Rules of Civil Procedure, discovery shall be completed on

or before **May 15, 2012.**

        2. The Defendant shall be permitted to depose the following

individuals: Petitioner and Petitioner's mother, father and

siblings.

        3. The Defendant shall be obligated to pay for the reasonable

cost of discovery, including the cost of deposing those individuals

listed above and the reasonable travel expenses of Petitioner's

attorney to attend such depositions.

        4. Dispositive motions, if any, shall be filed no later than

**June 15, 2012.** Should a hearing be required following the

determination of any dispositive motion, the Court shall establish

the date therefore after consultation with the attorneys for the

parties.


       **ALL OF THE ABOVE IS SO ORDERED**.


                                                 s/ Michael A. Telesca
                                              MICHAEL A. TELESCA
                                    United States District Judge

Dated:      Rochester, New York
             January 5, 2012